Union Bank

| Tazewell T. Shepard, Trustee | Union Bank | CHECK NUMBER |
| --- | --- | --- |
| 303 Williams Avenue, Suite 1411 | CUSTOMER CONNECTION | 3001 |
| Huntsville, AL 35801 | | |

ATTORNEY FEES & EXPENSES
ATTORNEY FEES-$15,337.46
ATTORNEY EXPENSES-$677.21

| DATE | AMOUNT |
| --- | --- |
| 06/02/15 | ******16,014.67 |

| CASE NUMBER | DEBTOR |
| --- | --- |
| 12-83015  JAC | S&M EQUIPMENT, INC. |

PAY TO THE ORDER OF

Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804

Sixteen Thousand Fourteen Dollars And 67/100

⑈003001⑈ ⑆122000456⑆ 2130330900⑈

---

20150602016211532498 03 1343
Regions Bank >062000019<

FOR DEPOSIT ONLY
SPARKMAN, SHEPARD & MORRIS, P.C.

FORM 03400 (07/2014)









**UnionBank**

---

Tazewell T. Shepard, Trustee
303 Williams Avenue, Suite 1411
Huntsville, AL 35801

Union Bank
CUSTOMER CONNECTION
Claim 000001, Payment 4.95333%

CHECK NUMBER
3003

| DATE | AMOUNT |
|---|---|
| 10/27/15 | ************8.49 |

CASE NUMBER: 12-83015 CRJ
DEBTOR: S&M EQUIPMENT, INC.

PAY TO THE ORDER OF
United States Treasury
Internal Revenue Service
801 Tom Martin Drive
M/S 126
Birmingham, AL 35211

Eight Dollars And 49/100

⑆003003⑆ ⑆122000496⑆ 2130330900⑈ /000000849/

---



---

51530803900

Tazewell T. Shepard, Trustee
303 Williams Avenue, Suite 14H
Huntsville, AL 35801

Union Bank
CUSTOMER CONNECTION
Claim 000004A, Payment 4.95762%

CHECK NUMBER
3004

| DATE | AMOUNT |
|---|---|
| 10/27/15 | ***********10.41 |

CASE NUMBER: 12-83015 CRJ
DEBTOR: S&M EQUIPMENT, INC.

PAY TO THE ORDER OF
ALA DEPT OF REVENUE LEGAL DIV
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

EXC000000026153483

Ten Dollars And 41/100

L1530300136
⑆003004⑆ ⑆122000496⑆ 2130330900⑈

---

Alabama Department of Revenue, For Deposit Only
Internal Batch # : 04153080004ALD
Document Locator Number (DLN) : 51530803900
Processing Date : 11/04/2015 3:06:30 PM

5 1530803900

FOR DEPOSIT ONLY
ALABAMA DEPARTMENT OF
REVENUE

---

FORM 03400 (07/2014)



FSC MIX
Paper from
responsible sources
FSC® C103380

```
Tazewell T. Shepard, Trustee              Union Bank              CHECK NUMBER
303 Williams Avenue, Suite 1411        CUSTOMER CONNECTION
Huntsville, AL 35801                                                  3005
                              Claim 000005A, Payment 4.955426%
                                                      DATE       AMOUNT
                                                    10/27/15   ******15,651.49

                                   CASE NUMBER         DEBTOR
PAY TO THE ORDER OF                12-83015   CRJ   S&M EQUIPMENT, INC.

   ALA DEPT OF REVENUE LEGAL DIV        Fifteen Thousand Six Hundred Fifty One Dollars And 49/100
   P.O. BOX 320001
   MONTGOMERY, AL 36132-0001
                                     RKC000000026153485

             L1530300137
        ⑊003005⑊  ⑉122000496⑊  2130330900⑊
```

Alabama Department of Revenue, For Deposit Only
Internal Batch # : 04153080004ALD
Document Locator Number (DLN) : 51530803900
Processing Date : 11/04/2015 3:06:30 PM

51530803900

FOR DEPOSIT ONLY
ALABAMA DEPARTMENT OF REVENUE

```
Tazewell T. Shepard, Trustee              Union Bank              CHECK NUMBER
303 Williams Avenue, Suite 1411        CUSTOMER CONNECTION
Huntsville, AL 35801                                                  3006
                              Claim 000010, Payment 4.955866%
                                                      DATE       AMOUNT
                                                    10/27/15   **********29.08

                                   CASE NUMBER         DEBTOR
PAY TO THE ORDER OF                12-83015   CRJ   S&M EQUIPMENT, INC.

   City of Hamilton                                Twenty Nine Dollars And 08/100
   c/o Revenue Discovery Systems
   2317 Third Avenue North, Ste 200
   Birmingham, AL 35203

        ⑊003006⑊  ⑉122000496⑊  2130330900⑊
```



FOR DEPOSIT ONLY
RDS
000022248709



FORM 03400 (07/2014)

FSC MIX
Paper from responsible sources
FSC® C103380









UnionBank

| Tazewell T. Shepard, Trustee | Union Bank | CHECK NUMBER |
| 303 Williams Avenue, Suite 1411 | CUSTOMER CONNECTION | 3009 |
| Huntsville, AL 35801 | Claim 000014, Payment 4.95515% | |

| DATE | AMOUNT |
|---|---|
| 10/27/15 | **********57.17 |

| CASE NUMBER | | DEBTOR |
|---|---|---|
| 12-83015 | CRJ | S&M EQUIPMENT, INC. |

PAY TO THE ORDER OF

Lawrence County
c/o Revenue Discovery Systems
2317 Third Avenue North, Ste 200
Birmingham, AL 35203

*Fifty Seven Dollars And 17/100*

⑈003009⑈ ⑆122000496⑆ 2130330900⑈



| Tazewell T. Shepard, Trustee | Union Bank | CHECK NUMBER |
| 303 Williams Avenue, Suite 1411 | CUSTOMER CONNECTION | 3011 |
| Huntsville, AL 35801 | Claim 000013, Payment 4.73000% | |

| DATE | AMOUNT |
|---|---|
| 10/27/15 | ************0.11 |

| CASE NUMBER | | DEBTOR |
|---|---|---|
| 12-83015 | CRJ | S&M EQUIPMENT, INC. |

PAY TO THE ORDER OF

Lamar County
c/o Revenue Discovery Systems
2317 Third Avenue, North, Ste. 200
Birmingham, AL 35203

*Zero Dollars And 11/100*

⑈003011⑈ ⑆122000496⑆ 2130330900⑈



FORM 0340D (07/2014)



FSC MIX
Paper from
responsible sources
FSC® C103380

