**UnionBank**

**STATEMENT OF ACCOUNTS**

UNION BANK
TRUSTEE SERVICES 0213 B
POST OFFICE BOX 513840
LOS ANGELES        CA   90051-3840

H

Customer Inquiries
800-669-8661

Thank you for banking with us
since 2013

CY30 M 0 M 0000

BANKRUPTCY ESTATE OF
S&M EQUIPMENT INC, DEBTOR
TAZEWELL T SHEPARD III, TRUSTEE
CASE #12-83015
303 WILLIAMS AVE SW STE 1411
HUNTSVILLE AL 35801-6008

■ *Conveniently access account information and key online services with the Mobile Business Center from Union Bank. Go to m.unionbank.com on your smartphone to check balances, initiate transfers, and approve wires securely. You can also manage stops and returns as well as view and make decisions on Positive Pay exceptions. To learn more, call your treasury relationship manager or contact Treasury Management Sales at 800-883-0285.*

## ANALYZED BUSINESS CHECKING SUMMARY
Account Number: 2130330900

Days in statement period: 29

| | | |
|---|---|---|
| Beginning balance on 1/1 | $ | 0.00 |
| Total Credits | | 0.00 |
| Total Debits | | 0.00 |
| Ending Balance on 1/29 | $ | 0.00 |

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 1/1-1/29 | $    0.00 | | | | |

FSC
MIX
Paper from
responsible sources
FSC® C121901

0000010-000408